**No. 54718.**—American Dyewood Company v. United States, protests 155178–K, etc. (New York).

Opinion by MOLLISON, J. When the case was called for trial the examiner who passed the instant merchandise testified that its chief use is as a stain and that it is not a pigment. Counsel for the defendant conceded that as to the soluble Van Dyke Brown here involved "there is merit to the plaintiff's case." Upon the record presented the claim of the plaintiff was sustained.

**No. 54719.**—William H. Keidel v. United States, protest 151955–K (Baltimore).

Opinion by MOLLISON, J. When the case was called for trial there was no appearance on behalf of the plaintiff. In the protest filed by the plaintiff no statutory basis for relief was advanced, and while the facts present an unfortunate situation, the court was unable to find anything in the facts or the law which would warrant it in doing other than to overrule the protest. The protest was therefore overruled.